UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD WEIZEL, ERIN LYNCH, AND DAVID DesROCHES, Individually and on behalf of all other similarly situated individuals : : : ; | |
| Plaintiffs, : | Case No. 3:12-CV-00831 (JCH) |
| v. : | |
| MAIN STREET CONNECT, LLC : | |
| Defendant. : | JULY 3, 2012 |

MOTION FOR ADMISSION OF
BARBARA J. HARRIS PRO HAC VICE

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned counsel for defendant Main Street Connect, LLC hereby respectfully moves that Attorney Barbara J. Harris, of the DLA Piper LLP law firm be admitted to practice *pro hac vice*, for all purposes, in this action.

In support hereof, Attorney Harris sets forth in her accompanying affidavit her qualifications to practice before this Court and all related information required by Local Rule of Civil Procedure 83.1(d), as follows:

    1.    Attorney Harris is an attorney at the law firm of DLA Piper LLP, attorneys for defendant Main Street Connect, LLC.  Her contact information is as follows:

> Barbara J. Harris, Esq.
> DLA Piper LLP
> 1251 Avenue of the Americas, 27th Floor
> New York, NY 10020-1104
> Telephone: (212) 335-4909
> Facsimile:  (212) 884-8509

email:  barbara.harris@dlapiper.com

2.      Attorney Harris is a member in good standing of the Bar of New Jersey (Bar No. 047541955); and the Bar of New York (Bar No. 2774545); is an inactive member in good standing of the Bar of California (Bar No. 143521); is admitted to practice before the United States District Court of the Southern and Eastern Districts of New York and the Southern and Central Districts of California.

3.      Attorney Harris has no pending disciplinary complaints as to which a finding has been made that such complaints should proceed to a hearing.

4.      Attorney Harris has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5.      Attorney Harris has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.      Pursuant to Local Rule 83.1(d)(1)(e), Attorney Harris designates the undersigned and his office, Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT  06901, telephone number (203) 324-8100, as the member of the bar of this Court upon whom service of all papers shall also be made, and designates the District of Connecticut as the forum for the resolution of any dispute arising out of her admission.

7. There is good cause for Attorney Harris's admission *pro hac vice* in that: (a) her firm is regular counsel to Main Street Connect, LLC; (b) Main Street Connect, LLC has expressed its confidence in her experience and recommendations as to trial strategy and settlement and has expressly requested that she and her firm represent its interests in this case; (c) she is actively participating in the case and its preparation for trial; and (d) because of her substantial past experience, her assistance is needed to conduct the trial of this action on behalf of Main Street Connect, LLC.

The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases. The requisite fee of $25.00 has been submitted herewith.

**WHEREFORE,** the undersigned respectfully requests that this Court admit Barbara J. Harris, Esq., *pro hac vice*, to practice as a visiting attorney before this Court representing defendant Main Street Connect, LLC in all matters relating to this proceeding, together with such other and further relief as the Court deems proper.

DEFENDANT,
MAIN STREET CONNECT, LLC


By: /s/ Eric Lubochinski
    Eric Lubochinski (ct25842)
    SHIPMAN & GOODWIN LLP
    300 Atlantic Street
    Stamford, CT 06901
    Telephone:  (203) 324-8100
    Facsimile:  (203) 324-8199
    Email: elubochinski@goodwin.com

    Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Eric Lubochinski
Eric Lubochinski (ct25842)

2349795v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD WEIZEL, ERIN LYNCH, AND :
DAVID DesROCHES, Individually and on :
behalf of all other similarly situated individuals :
:
        Plaintiffs,         :   Case No. 3:12-CV-00831 (JCH)
:
v.         :
:
MAIN STREET CONNECT, LLC         :
:
        Defendant.         :   JULY 2, 2012

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE**

STATE OF NEW YORK     )
                              )   ss: New York
COUNTY OF NEW YORK  )

        Barbara J. Harris, Esq., being duly sworn, on oath deposes and says:

        1.     I am over the age of eighteen years and understand the obligations of an oath. I submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the foregoing motion seeking permission of the Court for me to appear *pro hac vice,* for all purposes, in the above entitled action.

        2.     I am an attorney at the law firm of DLA Piper LLP, attorneys for defendant Main Street Connect, LLC, and my contact information is as follows:

        Barbara J. Harris, Esq.
        DLA Piper LLP
        1251 Avenue of the Americas, 27th Floor
        New York, NY 10020-1104
        Telephone: (212) 335-4909
        Facsimile: (212) 884-8509
        Email: barbara.harris@dlapiper.com

3. I am a member in good standing of the Bar of New Jersey (Bar No. 047541955); and the Bar of New York (Bar No. 2774545); am an inactive member in good standing of the Bar of California (Bar No. 143521); am admitted to practice before the United States District Court for the Southern and Eastern Districts of New York and the Southern and Central Districts of California.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaints should proceed to a hearing.

5. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Pursuant to Local Rule 83.1(d)(1)(e), I designate Eric Lubochinski, Esq. of Shipman & Goodwin LLP and his office, Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT 06901, telephone number (203) 324-8100, as the member of the bar of this Court upon whom service of all papers shall also be made, and I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8. There is good cause for my admission *pro hac vice* in that: (a) my firm is regular counsel to Main Street Connect, LLC; (b) Main Street Connect, LLC has expressed its confidence in my experience and recommendations as to trial strategy and settlement and has

2

expressly requested that I and my firm represent its interests in this case; (c) I am actively participating in the case and its preparation for trial; and (d) because of my substantial past experience, my assistance is needed to conduct the trial of this action on behalf of Main Street Connect, LLC.

_____
Barbara J. Harris, Esq.

Sworn to before me this 2d day of July 2012.

_____
Notary Public
My Commission Expires:

LORNA BERNARD
Notary Public, State of New York
No. 01BE6017463
Qualified in Bronx County
Commission Expires December 14, 20_14_