# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIN LYNCH, DAVID DesROCHES, AND DEBORAH GAUTHIER, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAIN STREET CONNECT, LLC D/B/A THE DAILY VOICE, TRINET HR CORP., CARLL TUCKER, and JANE BRYANT QUINN,<br><br>Defendants. | Civil Action No.: 3:12-CV-00831 (JCH)<br><br>December 16, 2013 |

## DECLARATION OF WILLIAM G. MADSEN

I, William G. Madsen, being duly sworn, do depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am a member of the law firm of Madsen, Prestley & Parenteau, LLC.

3. I was admitted to the Maine Bar in 1990 and the Connecticut Bar in 1992. I am also admitted to the United States District Court for the District of Connecticut and the United States Court of Appeals for the Second Circuit.

4. Approximately ninety-five (95%) of Madsen, Prestley & Parenteau, LLC's practice involves representing plaintiffs in employment matters, including litigation matters which assert claims for violations of state and federal wage and hour laws.

5. I am currently and/or have recently been a member of the following organizations: (1) the Connecticut Employment Lawyers Association; (2) the National Employment Lawyers Association; (3) the Hartford County Bar Association.

6.      As a result of my practice and the above-referenced memberships, I am familiar with the prevailing rates charged by plaintiff's employment attorneys within the state of Connecticut.

7.      During the course of my practice, I have acted as lead counsel or co-counsel in approximately 16 wage and hour collective and/or class actions, including *Scott v. Aetna Services, Inc.*, Docket No. 3:99-CV-0046 (CFD) (D. Conn.); *Gregory v. Home Depot, USA Inc.*, Docket No. 3:01cv372 (AWT) (D. Conn.); *Jackson v. May Institute*, Docket No. 3:10cv00264 (PCD) (D.Conn.); *Hawkins v. United Samsco Associates*, Docket No. 3:03 CV 758(AWT) (D.Conn.); *Jason Jacocks v. Moore Medical LLC et al*; 3:11-CV-01585 (JBA) (D. Conn.); and *Hasan v. GPM Investments*, LLC, Docket No. 3:07-CV-01779 (SRU) (D. Conn.).

8.      I was co-counsel for plaintiffs in approximately four class actions in Connecticut Superior court brought in 2004 and 2005 against chain casual dining restaurants seeking to enforce Connecticut's tip credit laws.

9.      I have presented seminars and keep up with the developments of the law in this area by reading articles and cases as they are published.

10.     As of last Thursday, December 12, 2013, the total number of hours spent on this litigation by my firm has been 438.80. It is broken down as follows:

| | |
|---|---|
| William G. Madsen (partner) | 161.70 x $400=$64,680.00 |
| Todd Steigman (associate) | 16.10 x $300=$4830.00 |
| Kera Paoff (associate) | 179.20 x $300=$53,760 |
| Paralegals: | 81.80 x $100=$8180.00 |
| | **Total: $131,450** |

11.     A copy of the summary page of our time records is attached hereto as Exhibit A.

The detail is not attached since it may contain confidential work product or attorney client communications. These records will be made available to the Court for in camera inspection. Said time records are generated by a computer program after the individuals entered their time contemporaneously in the billing software the law firm uses. Expenses are billed separately and such charges are not duplicated in the firms' billing rates.

12. I have read the foregoing and it is true and accurate to my best information and belief.

William G. Madsen
Federal Bar No. ct09853

Subscribed to and sworn before me
this 16th day of December, 2013.

Sharon F. Sinkoski
Notary Public

My Commission Expires on July 31, 2015

# EXHIBIT A

Case 3:12-cv-00831-JCH　Document 111-2　Filed 01/15/14　Page 6 of 6

Madsen, Prestley & Parenteau, LLC
Time Summary
ALL DATES

| Categories/Fee Credit Lawyer | Value | %(Value) | Hours(Hr) | %(Hrs) | Rate/Hr |
|---|---|---|---|---|---|

**Client: - Lynch, Erin**
**Matter: 12-50- Weizel-- FLSA Class Action**

*** Billable ***

| BW - Billable Work | | | | | |
|---|---|---|---|---|---|
| William G. Madsen | 0.00 | 100.00 | 161.70 | 36.85 | 0.00 |
| Kera Paoff | 0.00 | 100.00 | 179.20 | 40.84 | 0.00 |
| Todd Steigman | 0.00 | 100.00 | 16.10 | 3.67 | 0.00 |
| Patt Tharpe | 0.00 | 100.00 | 2.80 | 0.64 | 0.00 |
| Sharon Sinkoski | 0.00 | 100.00 | 79.00 | 18.00 | 0.00 |
| **Total:** | 0.00 | 100.00 | 438.80 | 100.00 | 0.00 |

*** Summary by Task Code ***

| | Value | %(Value) | Hours(Hr) | %(Hrs) | Rate/Hr |
|---|---|---|---|---|---|

*** Billable ***

| Billable Work | 0.00 | 100.00 | 438.80 | 100.00 | 0.00 |
|---|---|---|---|---|---|
| Total Billable: | 0.00 | 100.00 | 438.80 | 100.00 | 0.00 |

*** Summary by Working Lawyer ***

| | Value | %(Value) | Hours(Hr) | %(Hrs) | Rate/Hr |
|---|---|---|---|---|---|
| WGM - William G. Madsen | 0.00 | 100.00 | 161.70 | 36.85 | 0.00 |
| KLP - Kera Paoff | 0.00 | 100.00 | 179.20 | 40.84 | 0.00 |
| TS - Todd Steigman | 0.00 | 100.00 | 16.10 | 3.67 | 0.00 |
| PT - Patt Tharpe | 0.00 | 100.00 | 2.80 | 0.64 | 0.00 |
| SFS - Sharon Sinkoski | 0.00 | 100.00 | 79.00 | 18.00 | 0.00 |
| Firm Total: | 0.00 | 100.00 | 438.80 | 100.00 | 0.00 |

REPORT SELECTIONS - Time Summary

| | | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | William Madsen | | |
| Finished: | Monday, December 16, 2013 at 12:25:49 PM | | |
| Date Range: | ALL DATES | | |
| Matters: | 12-50 | Include Billed Entries: | Yes |
| Clients: | All | Include Unbilled Entries: | Yes |
| Major Clients: | All | Include Billable Tasks: | Yes |
| Working Lawyer: | All | Include Write Up/Down Tasks: | Yes |
| Responsible Lawyer: | All | Include No Charge Tasks: | Yes |
| Client Intro Lawyer: | All | Include Nonbillable Tasks: | Yes |
| Matter Intro Lawyer: | All | | |
| Assigned Lawyer: | All | Shown by: | Task Code |
| Type of Law: | All | Sorted by Lawyer: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Totals Only: | No | Time/Fee: | Time Entry Only |
| Ver: | 10.0 SP5 HF3 (10.05.20101203) | | |