# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIN LYNCH, Individually and on behalf of all other similarly situated individuals, ) ) ) ) Plaintiff, ) ) v. ) ) MAIN STREET CONNECT, LLC, TRI NET ) HR CORPORATION, CARRLL TUCKER ) and JANE BRYANT QUINN, ) ) Defendants. ) ) | CIVIL ACTION NO. 3:12-CV-00831-JCH<br><br><br>DECEMBER 18, 2013 |

## DECLARATION OF RICHARD E. HAYBER IN SUPPORT OF PLAINTIFFS' APPLICATION FOR AN AWARD OF ATTORNEYS' FEES and EXPENSES

I, Richard E. Hayber, an attorney duly admitted to practice law before this Court, affirm the following under penalties of perjury.

1. I am over the age of 18 and believe in the obligations of an oath.

2. I am co-counsel for plaintiffs in this matter.

3. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

4. I have been a licensed attorney in Connecticut since 1992. I am licensed in both Connecticut state and federal court and admitted to appear before the Second Circuit.

5. Wage and hour litigation comprises approximately 50% of my practice.

6. Since 1999, I have represented plaintiffs in wage and hour class and collective actions.

7. I was one of several attorneys who represented the plaintiffs in *Scott v. Aetna Services, Inc.*, (3:99-CV-46 (CFD)), in which the District of Connecticut certified and FLSA

1

collective action and a Connecticut Minimum Wage Act class action under Rule 23.

8. In December 2000, I formed my own law firm, and have continued to represent classes of employees making wage and hour claims.

9. I have represented collectives of plaintiffs in FLSA collective actions including plaintiffs in *Gregory v. Home Depot, U.S.A.* Inc. (3:01-CV-372 (AWT), *Neary v. Metropolitan Property and Casualty Company* (3:06-CV-0536 (JBA), *Lumia v. Hanover Insurance Company* (3:07-CV-1094 (AHN), *Sancomb v. Motherhood Maternity* (3:05-CV-71 (AWT), *Holbrook v. Smith & Hawken, LTD.* (3:06-CV-1232 (VLB), *Aros v. United Rentals, Inc.* (3:10-CV-73 (JCH)), *Alli v. Boston Market* 3:10-CV-4 (JCH)), *Friedman v. Family Dollar Stores* (3:10-CV-74 (JCH));  *Zaniewski v. PRRC, Inc., d/b/a Price Rite* (311 CV 01535 CSH).

10. I am presently counsel of record for plaintiffs in several pending wage / hour class actions including *Roach v. Moran Foods, Inc.* (MMX-CV-11-6004665-S); *Kiefer v. Moran Foods, Inc.*, 3:12-CV-00756-JCH, *Bozak v. FedEx Ground*, 3:11-cv-00738-RNC, and *Cook v. Family Dollar Stores of Connecticut, Inc.*, UWY-CV-11-6011946S (X10).

11. I was co-counsel for plaintiffs in approximately 10 class actions in Connecticut superior court brought in 2004 and 2005 against chain casual dining restaurants seeking to enforce Connecticut's tip credit laws.

12. I have presented seminars on the topic of wage and hour litigation, including class and collective action litigation.

13. I attend seminars and keep up with the developments of the law in this area by reading articles and cases as they are published.

14. I am skilled and experienced in representing employees in wage and hour class and

2

collective actions.

15. I am a member of the Connecticut Employment Lawyers Association ("CELA").

16. The total number of hours spent on this litigation by my firm has been 265.4. It is broken down as follows:

| | |
|---|---|
| Richard E. Hayber (partner): | 77.60[1] x $400 = $31,040. |
| Erick Diaz (8 year associate): | 112.4 x $350 = $39,340. |
| Margaret Ferron (3 year associate): | 59.4 x $250 = $14,850. |
| Paralegals: | 16 x $100[2] = $1,600. |
| **Total** | **$86,830** |

17. Hayber Law Firm spent $2,555.68 on litigation related expenses in this matter including: deposition transcripts, FEDEX charge, and Pacer Court Service charge. A copy of a ledger reflecting our costs and time records, and summary of costs is attached hereto as Exhibit A.

18. The detail of our time records is not attached with Ex. A since it may contain confidential work product or attorney client communications. Upon request, these records will be made available to the court for an *in camera* inspection. Said time records are generated by a computer program after the individuals entered their time contemporaneously into the billing software my law firm uses. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

---

[1] Time records only include time spent prior to preparing for and attending the Fairness hearing. Attorney Hayber will spend an additional 6 hours preparing for and attending the Fairness hearing.

[2] The records attached show paralegal JoAnn Riccardelli @ $300 per hour. This was a mistake in the billing software. The correct rate is $100 per hour.

3

I hereby certify that this statement is true and accurate to the best of my knowledge and belief.

_____
Richard E. Hayber

Subscribed and sworn to before me, this __18th__ day of __December__, 2013.

_____
Notary Public

My Commission Expires: _____

Donna M. Pelletier
Notary Public-Connecticut
My Commission Expires
August 31, 2014

4

# EXHIBIT A

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| ED Dec 16/2013 36479 No Hold | Erick Diaz 02-0705 BW | | Clss | 0.20 | 350.00 | 70.00 |
| ED Dec 18/2013 36499 No Hold | Erick Diaz 02-0705 BW | | Clss | 0.20 | 350.00 | 70.00 |
| ED Dec 27/2013 36547 No Hold | Erick Diaz 02-0705 BW | | Clss | 5.50 | 350.00 | 1925.00 |

*** Summary by Task Code ***

| Task Code | | Hours | Amount |
|---|---|---|---|
| | *** Billable *** | | |
| BW - Billable Work | | 259.40 | 86630.00 |
| Total Billable | | 259.40 | 86630.00 |
| Total: | | 259.40 | 86630.00 |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount |
|---|---|---|
| REH - Richard E. Hayber | 71.60 +6 hrs = 77.6 | ~~30060.00~~ $31,040.00 |
| ED - Erick Diaz | 112.40 | 39340.00 |
| MBF - Margaret Ferron | 59.40 | 14850.00 |
| DMC - Donna Cameron | 12.10 | 1210.00 |
| JR - JoAnn Riccardelli | 3.90 ÷ 100 = ~~1190.00~~ $390 | |
| Total: | ~~259.40~~ 265.4 | ~~86630.00~~ $86,830 |

REPORT SELECTIONS - Time Listing
Layout Template     Default
Advanced Search Filter     None
Requested by     ADMIN
Finished     Wednesday, January 15, 2014 at 01:02:11 PM
Ver     12.0 SP1 (12.0.20120815)
Date Range     ALL DATES
Matters     02-0705
Clients     All
Major Clients     All
Client Intro Lawyer     All
Matter Intro Lawyer     All
Responsible Lawyer     All
Type of Law     All
Select From     Active, Inactive, Archived Matters
Working Lawyer     All
Task     All
Summarize by Type of Law     No
Sorted by     Order Entered
Time/Fee     Time Entry Only
Include Daily totals     No
Include Held Items only     No
Matter Security Enabled     No

| Hayber Law Firm Costs<br>Lynch et al v MSC et al. | Amount | |
|---|---|---:|
| Nov 30 2012 Depo Transcript | $ | 1,133.27 |
| Dec 7 2012 Depo Transcript | $ | 1,360.78 |
| Apr 12 2013 Fedex Charge | $ | 14.43 |
| Apr 2013 PACER Research Charge | $ | 47.20 |
| Total | $ | 2,555.68 |

*The ledger shows legal research costs that are not being sought.

```
Jan/ 7/2014                                          The Hayber Law Firm, LLC                                          Page: 4
                                                          Client Ledger
                                                           ALL DATES
Date          Received From/Paid To    Chq#     |----- General -----|              Bld |----------- Trust Activity -----------|
    Entry #   Explanation              Rec#     Rcpts         Disbs       Fees     Inv# Acc    Rcpts        Disbs      Balance

      29619   Research                 4065                   80.80                4287
Nov 30/2012   Brandon Smith Reporting
      29627   Transcripts              4072                 1133.27                4287


Nov 30/2012   Thomson West
      31315   Research                 4064                  135.42                4287




Dec  7/2012   Niziankiewicz & Miller
      29661   Transcript Inv # 37445   4081                 1360.78                4287








Dec 14/2012   Thomson West
      29688   Research November        4087                  268.77                4287
```

```
Jan/ 7/2014                              The Hayber Law Firm, LLC                                        Page: 9
                                               Client Ledger
                                                 ALL DATES
Date        Received From/Paid To    Chq#   |----- General -----|          Bld |----------- Trust Activity -----------|
   Entry #  Explanation              Rec#   Rcpts       Disbs       Fees  Inv# Acc    Rcpts       Disbs       Balance
```

| Date | Entry # | Received From/Paid To / Explanation | Chq#/Rec# | Rcpts | Disbs | Fees | Bld Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Apr 12/2013 | 32455 | American Express / Federal Express Charge | Amex | | 14.43 | | 4580 | | | | |
| Apr 19/2013 | 32548 | Pacer Service Center / 1st Qtr 2013 Research | 4162 | | 47.20 | | 4580 | | | | |
| Apr 19/2013 | 32566 | Thomson West / WestLaw Research | 4163 | | 398.48 | | 4580 | | | | |