# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIN LYNCH, DAVID DesROCHES, and : | CIVIL ACTION NO. |
| DEBORAH GAUTHIER, Individually and on : | |
| behalf of all other similarly situated individuals : | 3:12-CV-00831 (JCH) |
| Plaintiffs : | |
| v. : | |
| : | |
| MAIN STREET CONNECT, LLC d/b/a THE : | |
| DAILY VOICE, TRINET HR CORP., CARLL : | |
| TUCKER, and JANE BRYANT QUINN, : | |
| Defendants : | JANUARY 2, 2014 |

## DECLARATION OF WILLIAM G. MADSEN

I, William G. Madsen, being duly sworn, hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am a member of the law firm of Madsen, Prestley & Parenteau, LLC, which represents the Plaintiffs and the Plaintiff Class in the above-captioned matter.

3. As of today, January 2, 2014, the amount in costs incurred by the law firm of Madsen, Prestley & Parenteau, LLC in connection with our representation of the Plaintiff Class in this matter is $2,723.97.

4. A true and accurate summary and itemization of the costs expended on behalf of the Plaintiff Class, printed out by the firm's accounting system, is attached herewith as Exhibit A.

5. I have read the foregoing and it is true and accurate to my best information and belief.

William G. Madsen
Federal Bar No. ct09853

Subscribed to and sworn before me
this 2nd day of January, 2014.

Sharon F. Sinkoski
Notary Public
My Commission Expires on July 31, 2015

2

Exhibit A

Madsen, Prestley & Parenteau, LLC
Disbursement History
ALL DATES

| Matter # | Client Name / Description | | | Resp | Law | Type | |
|---|---|---|---|---|---|---|---|
| | Date | Ref# | Explanation | | | | Amount Billed |
| 12-50 | Lynch, Erin | | | WGM | WH | | |
| | Weizel-- FLSA Class Action | | | | | | |
| | 6/29/2012 | 06-29-20 | Filing Fees - Weizel | | | | 350.00 Y |
| | 7/10/2012 | 120482 | Marshal's Fees - Weizel | | | | 125.80 Y |
| | 9/25/2012 | 15601 | Courier Expense | | | | 135.14 Y |
| | 11/9/2012 | 19422 | Courier | | | | 37.50 Y |
| | 11/16/2012 | 7707 | Travel/parking for depositions Lynch, Zalaznick, DesRoch | | | | 143.69 Y |
| | 12/18/2012 | 146158 | Service of Subpoena - Weizel | | | | 125.00 Y |
| | 12/18/2012 | 2-078-47 | Courier Expense | | | | 55.58 Y |
| | 12/31/2012 | 2-114-90 | Courier Expense | | | | 55.33 Y |
| | 1/18/2013 | 8881 | Court reporter's fees - Weizel | | | | 620.02 Y |
| | 1/25/2013 | 01-22-20 | Marshal's Fees - Weizel | | | | 61.00 Y |
| | 4/3/2013 | 1429 | Court Report's fees - Lynch | | | | 406.79 Y |
| | 4/3/2013 | 1431 | Court Report's fees - Lynch | | | | 515.80 Y |
| | 5/8/2013 | 2-255-02 | Courier Expense | | | | 22.22 Y |
| | 8/21/2013 | 2-365-15 | Courier Expense | | | | 20.44 Y |
| | 8/21/2013 | 2-365-15 | Courier Expense | | | | 17.19 Y |
| | 8/21/2013 | 2-365-15 | Courier Expense | | | | 17.19 Y |
| | 9/4/2013 | 2-380-34 | Courier Expense | | | | 15.28 Y |
| | | | | | Total Other | | 2723.97 |
| | | | | | Total | | 2723.97 |
| | | | | | Firm Total | | 2723.97 |

REPORT SELECTIONS - Disbursement Analysis and Interest

| | | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | William Madsen | | |
| Finished: | Thursday, January 02, 2014 at 12:36:15 PM | | |
| Selection: | Disbursement History | | |
| Matters: | 12-50 | | |
| Clients: | All | | |
| Major Clients: | All | Matters Sort by: | Default |
| Responsible Lawyer: | All | New Page for Each Lawyer: | No |
| Client Intro Lawyer: | All | Calculate Interest: | No |
| Assigned Lawyer: | All | Calc Interest To: | 1/2/2014 |
| Include Billed: | Billed and unbilled | Include Paid: | Paid and unpaid |
| Type of Law: | All | Interest Rate: | 0.00 |
| Matter Intro Lawyer: | All | Show Firm Totals: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Billed up to: | All | Show Totals Only: | No |
| Summarize by Resp. Lawyer: | No | Summarize by Type of Law: | No |
| Summary by Explanation Codes: | No | | |
| Ver: | 10.0 SP5 HF3 (10.05.20101203) | Receipt up to: | 1/2/2014 |