# EXHIBIT 5

1  WILLIAM G. MADSEN, ESQ.
   **MADSEN, PRESTLEY & PARENTEAU, LLC**
2  402 Asylum Street
3  Hartford, CT 06103
   Telephone: (860) 246-2466
4  Facsimile: (860) 246-1794
   Email: wmadsen@mppjustice.com
5
6  Attorneys for Plaintiffs

7
   LAURENT S. DROGIN, ESQ.
8  **TARTER KRINSKY & DROGIN, LLP**
9  1350 Broadway
   New York, NY 10018
10 Telephone: (212) 216-8016
   Facsimile: (212) 216-8001
11 Email: Ldrogin@tarterkrinsky.com

12 JASON STANEVICH, ESQ.
13 **LITTLER MENDELSON, P.C.**
   265 Church Street
14 New Haven, CT 06510
   Telephone: (203) 974-8716
15 Facsimile: (203) 974-8799
   Email: jstanevich@littler.com
16
17 Attorneys for Defendants

18              UNITED STATES DISTRICT COURT

19              DISTRICT OF CONNECTICUT

20 ERIN LYNCH, DAVID DesROCHES,        )   Civil Action No.: 3:12-CV-00831 (JCH)
   AND DEBORAH GAUTHIER,               )
21 Individually and on behalf of all other )
22 similarly situated individuals,        )
                                        )
23              Plaintiffs,             )
                                        )
24       v.                            )   **DECLARATION OF AMANDA MYETTE**
                                        )
25 MAIN STREET CONNECT, LLC D/B/A      )
   THE DAILY VOICE, TRINET HR          )
26 CORP., CARLL TUCKER, and JANE       )
   BRYANT QUINN,                       )
27                                      )
                                        )
28              Defendants.            )
                                        )

DECLARATION OF AMANDA MYETTE

1    I, Amanda Myette, declare as follows:

2        1.      I am a Project Manager for Rust Consulting, Inc. ("Rust"). My business address is

3    625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is

4    (612) 359-2022. I am over twenty-one years of age and am authorized to make this declaration on

5    behalf of Rust and myself.

6        2.      Rust has extensive experience in class action matters, having provided services in

7    class action settlements involving antitrust, securities fraud, property damage, employment

8    discrimination, employment wage and hour, product liability, insurance and consumer issues. We

9    have provided notification and/or claims administration services in more than 4,300 cases. Of

10   these, more than 1,500 were Labor & Employment cases.

11       3.      Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants

12   (collectively the "Parties") to provide notification services in the *Lynch, et al. v. Main Street*

13   *Connecticut, LLC d/b/a The Daily Voice, et al.,* Settlement (the "Settlement"). Duties included: a)

14   preparing, printing and mailing of the *Official Notice of Class and Collective Action Settlement*

15   (the "Notice") and *Opt In Opt In Form and Release* (the "Opt In Form") (collectively the "Class

16   Notice"); b) receiving and reviewing Opt In Forms; c) tracking of Opt Out Statements from

17   members of the CMWA Rule 23 Class; d) tracking of Objections to the Settlement; e) printing and

18   mailing of Settlement checks; and f) for such other tasks as the Parties mutually agree or the Court

19   orders Rust to perform.

20       4.      Rust obtained a mailing address of Lynch v Main Street Claims Administrator, c/o

21   Rust Consulting, Inc. - 4093, P.O. Box 2396, Faribault, MN 55021-9096 to receive Opt In Forms,

22   Opt Out Statements, Objections, undeliverable Class Notices and other communications regarding

23   the Settlement.

24       5.      Rust obtained a telephone number of (888) 764-7512 for Class Members to call the

25   Claims Administrator with questions regarding the Settlement.

26       6.      On or about October 17, 2013, Rust received text for the Notice and Opt In Form

27   from Counsel. Rust prepared a draft of the formatted Class Notice, which was approved by the

28   Parties prior to mailing.

DECLARATION OF AMANDA MYETTE

1       7.      On October 17, 2013 and October 23, 2013, the Parties provided Rust with Class

2   data files containing the Class Members' names, last known addresses, Social Security Numbers,

3   weeks worked and salaries during the recovery period, and estimated share of the Class Fund (the

4   "Class List"). The Class List contained data for 93 potential Class Members. Of the 93 Class

5   Members, 28 belonged to the CMWA Rule 23 Class ("Rule 23 Class") and 65 belonged to the Fair

6   Labor Standards Act ("FLSA") Class.

7       8.      The mailing addresses contained in the Class List were processed and updated

8   utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal

9   Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In

10  the event that any individual had filed a U.S. Postal Service change of address request, the address

11  listed with the NCOA would be utilized in connection with the mailing of the Class Notice.

12      9.      On November 1, 2013, Rust mailed Class Notices to 93 Class Members contained

13  in the Class List via First Class mail. The Class Notice advised members of the Rule 23 Class that

14  they could take no action and remain members of the Class or they could submit an Opt Out

15  Statement post-marked by December 2, 2013. The Class Notice advised members of the FLSA

16  Class that they could submit an Opt In Form post-marked by December 2, 2013 or take no action

17  if they did not wish to participate in the Collection Action.

18      10.     As of this date, Rust received 11 undeliverable Class Notices. Of the 11

19  undeliverable Class Notices, Rust performed address traces on nine (9) undeliverable Class

20  Notices and two (2) undeliverable Class Notices were not traced as they were returned to Rust as

21  undeliverable after December 2, 2013. The address trace utilizes the Class Member's name,

22  previous address and Social Security Number for locating a current address. Of the nine (9) traces

23  performed, nine (9) updated addresses were obtained and Rust promptly re-mailed Class Notices

24  to those Class Members via First Class mail. Of the nine (9) Class Notices which were re-mailed

25  to updated addresses obtained via trace, none have been returned to Rust as undeliverable a second

26  time.

27

28

DECLARATION OF AMANDA MYETTE

1    11.    As of this date, one (1) Class Notice was returned by the Post Office with

2    forwarding addresses attached. Rust promptly re-mailed the Class Notice to the forwarding

3    address via First Class mail.

4    12.    As of this date, Rust received 28 Opt In Forms from FLSA Class Members and

5    zero (0) Opt Out Statements from the 28 Rule 23 Class Members. Seven (7) FLSA Class Members

6    whose Notices were initially returned as undeliverable may still return timely Opt In Forms.

7    Assuming those seven (7) Class Members elect to Opt in, the total number of participating Class

8    Members is 63 which represents approximately 67.7% of all potential participating Class

9    Members.

10    13.    As of this date, Rust has not received any objections to the Settlement.

11    14.    The total cost for the administration of this Settlement, including fees incurred and

12    future costs for completion of the administration is estimated to be $10,000.00.

13    I declare under penalty of perjury under the laws of the Connecticut and the United States

14    that the above is true and correct to the best of my knowledge and that this Declaration was

15    executed this 16th day of December 2013, at Minneapolis, MN.

16

17

18                                                    AMANDA MYETTE

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AMANDA MYETTE