UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIN LYNCH, DAVID DesROCHES, AND DEBORAH GAUTHIER, Individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAIN STREET CONNECT, LLC D/B/A THE DAILY VOICE, TRINET HR CORP., CARLL TUCKER, and JANE BRYANT QUINN,<br><br>Defendants. | Civil Action No.: 3:12-CV-00831 (JCH)<br><br><br><br>JANUARY 16, 2014 |

### NOTICE OF LODGING OF PROPOSED ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

John Lupton, Erin Lynch, David DesRoches, and Deborah Gauthier ("Plaintiffs"), individually and on behalf of a putative Federal Fair Labor Standards Act ("FLSA") collective and Connecticut Minimum Wage Act ("CMWA") Rule 23 class, hereby notify the Court that, in compliance with the Court's instructions during the December 17, 2013 Fairness Hearing, they have filed a Proposed Order Granting Final Approval of Settlement. (*See* Ex. 1 attached hereto). Main Street Connect, LLC d/b/a The Daily Voice, TriNet HR Corp., Carll Tucker and Jane Bryant Quinn (collectively "Defendants") consent to said proposed final order.

Defendant Main Street Connect is currently working on lifting the bankruptcy stay regarding its bankruptcy filing, and will notify the Court as soon as that stay is lifted so that a final order may be entered in this case.

Among other things, the attached proposed final order would:

(1) certify this Action, solely for settlement purposes, as an FLSA collective with respect to Plaintiffs' FLSA claims, and as a CMWA Rule 23 class with respect to Plaintiffs' claims under the CMWA, per the class definitions provided in the Settlement Agreement and Release previously filed with the Court (Docket No. 106-2); and

(2) grant final approval of the Settlement Agreement and Release, which would resolve all of the claims asserted in this Lawsuit against the Defendants.

Through the previously filed joint motion for preliminary settlement approval and memorandum in support re same (Docket Nos. 106, 106-1), and through their oral arguments at the December 17, 2013 fairness hearing, the parties have made the showing necessary for final settlement approval. Further, the Settlement Agreement and Release was the product of protracted arms-length negotiations, and it represents a fair, reasonable and adequate resolution of this Lawsuit. Accordingly, the Plaintiffs, on consent, respectfully request that the Court enter the proposed final order.

        PLAINTIFFS ERIN LYNCH, DAVID DesROCHES, AND DEBORAH GAUTHIER, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED INDIVIDUALS

By:   /s/*Richard E. Hayber*
     Richard E. Hayber
     The Hayber Law Firm, LLC
     221 Main Street, Suite 502
     Hartford, CT 06106
     Fed No.: ct11629
     (860) 522-8888
     (860) 218-9555 (facsimile)
     rhayber@hayberlawfirm.com

By: /s/ William Madsen
William Madsen, Esq.
MADSEN PRESTLEY &
PARENTEAU, LLC
402 Asylum Avenue
Harford, CT 06103
wmadsen@mppjustice.com

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on **January 16, 2014**, a copy of the instant **Notice of Lodging of Proposed Order Granting Final Approval of Settlement** was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                    /s/ *Richard E. Hayber*
                                                    Richard E. Hayber