# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIN LYNCH, DAVID DesROCHES, and DEBORAH GAUTHIER, Individually and on behalf of all other similarly situated individuals,<br>　　Plaintiffs, | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:12-CV-00831 (JCH) |
| v. | :<br>: | |
| MAIN STREET CONNECT, LLC *DIB/A* THE DAILY VOICE, TRINET HR CORP., CARLL TUCKER, and JANE BRYANT QUINN,<br>　　Defendants. | :<br>:<br>:<br>:<br>: | MAY 22, 2014 |

## RULING RE: APPLICATION FOR AWARD OF ATTORNEYS' FEES AND COSTS (Doc. No. 111)

The court, having reviewed the plaintiffs' Application for Award of Attorneys' Fees and Costs ("Application") (Doc. No. 11) and the applicable legal standard for determining reasonable fees and costs, <u>inter alia</u>, concludes that counsel for plaintiffs expended considerable time in this matter; that the matter involved complex litigation; and that the recovery is sizable, especially in light of the bankruptcy of the lead defendant. Given this, the court finds a fee award of $113,333.33 and costs award (including taxable costs) of $5,279.65 to be reasonable. Plaintiffs' Application for Award of Attorneys' Fees and Costs is thus **GRANTED**.

　　**SO ORDERED.**

Dated at New Haven, Connecticut this 22nd day of May, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge